FILED
JUL 20 2011
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdul Ayat Mohammed Bey )
aka Ronald B. Britt-Bey, )
)
    Plaintiff, )
)
v. )  Civil Action No.  11 1319
)
)
Loretta A. Preska, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a resident of New York, New York, has submitted a "Petition for Removal and Immediate Injunction with Affidavit Attached hereto," in which he is seeking what could only be treated as a review of the decisions of Chief Judge Loretta A. Preska of the United States District Court for the Second District of New York. The removal statute authorizes " the defendant" to remove "a civil action brought in a State court of which the district courts of the United States have original jurisdiction[.]" 28 U.S.C. § 1441(a). None of the requirements for removal is satisfied here. Furthermore, this Court lacks jurisdiction to review the decisions of another district court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United*

*States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: July 18th, 2011

/s/ Colleen Kollar-Kotelly
United States District Judge